# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

FILED
Charlotte
May 18 2022
U.S. District Court
Western District of N.C.

|  |  |  |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>29 Pit Bull Type Dogs Located in Gaston<br>County, North Carolina | )<br>)<br>)<br>)<br>) | Case No. 3:22-mj-00200 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America.  The property is described as follows:
See Attachment A.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____05/13/2022_____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____W. Carleton Metcalf_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)      ☐ until, the facts justifying, the later specific date of _____ .

Signed: May 2, 2022

*W. Carleton Metcalf* (signature)

W. Carleton Metcalf
United States Magistrate Judge

Date and time issued:      May 2, 2022 1:34 pm

City and state:      Asheville, North Carolina

W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>    3:22-mj-00200 | Date and time warrant executed:<br>5/4/2022 11:00 AM | Copy of warrant and inventory left with:<br> James Brienza |

| Inventory made in the presence of:<br>    James Brienza |
|---|

Inventory of the property taken:

| DOG # | ASSIGNED ID | COLOR | ESTIMATED AGE TYPE | BREED |
|---|---|---|---|---|
| 1 | A50081885 | BROWN | ADULT | AMERICAN PITBULL TERRIER (APBT) |
| 2 | A500818845 | BLACK | ADULT | APBT |
| 3 | A50073100 | BROWN | ADULT | APBT |
| 4 | A50073138 | LIGHT BROWN | JUVENILE | APBT |
| 5 | A50073191 | LIGHT BROWN | JUVENILE | APBT |
| 6 | A50073232 | BROWN / WHITE | ADULT | APBT |
| 7 | A50073284 | BROWN | ADULT | APBT |
| 8 | A50073292 | BLACK | ADULT | APBT |
| 9 | A50073301 | BROWN | ADULT | APBT |
| 10 | A50073307 | BROWN / WHITE | ADULT | APBT |
| 11 | A50073312 | BROWN / WHITE | ADULT | APBT |
| 12 | A50073316 | BROWN | ADULT | APBT |
| 13 | A50073324 | BROWN | ADULT | APBT |
| 14 | A50073330 | BLACK | ADULT | APBT |
| 15 | A5007336 | BROWN / WHITE | ADULT | APBT |
| 16 | A50073363 | BROWN | ADULT | APBT |
| 17 | A50073348 | BLACK / WHITE | ADULT | APBT |
| 18 | A50073354 | LIGHT BROWN | ADULT | APBT |
| 19 | A50073363 | BROWN | ADULT | APBT |
| 20 | A50073206 | BROWN | UNKNOWN | APBT |
| 21 | A50073168 | BROWN | ADULT | APBT |
| 22 | A50073134 | BROWN | UNKNOWN | APBT |
| 23 | A50073140 | BROWN | UNKNOWN | APBT |
| 24 | A50073154 | BROWN | ADULT | APBT |
| 25 | A50073177 | BROWN | UNKNOWN | APBT |
| 26 | A50073177 | BROWN | UNKNOWN | APBT |
| 27 | A50073180 | TAN / BLK /WHITE | UNKNOWN | APBT |
| 28 | A50073183 | BLACK | UNKNOWN | APBT |
| 29 | A50073189 | BLACK | UNKNOWN | APBT |

| Certification |
|---|

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:

   Date:    May 17, 2022
_____

_____
*Executing officer's signature*

Michael Johnson, Special Agent
_____
*Printed name and title*